# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Crim. No. 17-52 (RBK) |
| v. | : | |
| MICHAEL KWASNIK, et al., | : | **MEMORANDUM & ORDER** |
| Defendants. | : | |

Defendant, Michael Kwasnik ("Defendant" or "Kwasnik"), is a federal prisoner. He has filed through counsel a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 in his criminal action. (*See* ECF 217). For purposes of docket management and eventual analysis and disposition, the Clerk will be ordered to file Defendant's § 2255 motion as a new civil action.

Accordingly, IT IS on this 4th day of March, 2024,

ORDERED that the Clerk shall file Defendant's § 2255 motion (ECF 217) as a new civil action for purposes of docket management, analysis and disposition; and it is further

ORDERED that the Clerk shall provide electronic notice to Defendant's § 2255 motion counsel of this new § 2255 motion civil action case and number when it is opened.

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge
